App. Div.] Second Department, December, 1914.

position Company, Appellant.—Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton and Putnam, JJ., concurred; Thomas, J., dissented on account of the refusal of the court to charge as requested at folio 238.

Edward M. Taylor, Respondent, v. Charles T. Nightingale, Appellant, and Empire Milk Bottle Company, Inc., Defendant. (Action No. 1.) —Judgment and order of the County Court of Dutchess county affirmed, with costs. No opinion. Burr, Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Edward M. Taylor, Respondent, v. Charles T. Nightingale and Empire Milk Bottle Company, Inc., Appellants. (Action No. 2.)—Judgment and order of the County Court of Dutchess county affirmed, with costs. No opinion. Burr, Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Effingham I. Walgrove, Plaintiff, v. Walter Douglass, Defendant.— The question whether the title is marketable depends upon the validity of the appointment of the general trustees in the earlier action, and in the absence of persons who were interested in the land, we decline to determine that question. The proceedings are dismissed, without costs. Burr, Thomas, Stapleton, Rich and Putnam, JJ., concurred.

Frank H. Bachman and Others, Appellants, v. Adelaide Elizabeth Pendleton, etc., Respondent.— Motion denied. Present — Jenks, P. J., Burr, Thomas, Stapleton and Rich, JJ.

James Beadle, Respondent, v. Holbrook, Cabot & Rollins, a Corporation, Appellant.— Motion denied. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Louis Bossert and John Bossert, Copartners, etc., Appellants, v. Frederick Dhuy and Others, Respondents.— Motion granted, without costs. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Alva Collins, Respondent, v. Mary C. Sweeney, Appellant, and Another, Defendant.— Motion denied. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

John Doyle, Appellant, v. Atlantic Stevedoring Company, Respondent. — Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

William N. Emery, Plaintiff, v. William Paschal Langevin and Hugh J. McGinley, Defendants.— Motion to dismiss appeal denied on condition that appellant perfect his appeal, place the case on the January calendar, 1915, and be ready for argument when reached; otherwise, motion granted, with costs. Present — Jenks, P. J,, Burr, Stapleton, Rich and Putnam, JJ.

Mary E. George, Individually and as Executrix, etc., Appellant, v. Margaret J. Johnson, Individually and as Administratrix, etc., and Others, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.

Hector M. Hitchings and Others, Appellants, v. The New York, Brooklyn and Manhattan Beach Railway Company and Another, Respondents. —Motion for resettlement of order granted. Present — Jenks, P. J., Burr, Stapleton, Rich and Putnam, JJ.